UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
v.                                  :   Case No.: 1:22-cr-00014-APM
                                    :
JONATHAN WALDEN,                    :
                                    :
         Defendant.                 :

## DEFENDANT'S WAIVER OF A CRIMINAL JURY TRIAL PURUSANT TO RULE 23 (a)

I, Jonathan Walden, the defendant in the above-entitled cause acknowledge that I am entitled to a jury trial and that I further understand that:

1. A jury consists of twelve (12) members of the community chosen to determine whether I am guilty, not guilty, or if applicable, not guilty by reason of insanity of the criminal charges brought against me in this matter.

2. I may participate in the selection of the jurors in this matter.

3. All twelve (12) jurors must unanimously vote to convict in order for a conviction to be obtained.

4. If I waive the right to a trial by jury, a judge alone will decide whether I am guilty, not guilty, or if applicable, not guilty by reason of insanity.

5. If I waive the right to a trial by jury and there is more than one charge, the judge will render separate verdicts for each count.

Having had an opportunity to consult with counsel, I knowingly and voluntarily waive my right to a jury trial and request to be tried by the Court. I have discussed with my attorneys the advantages and disadvantages of waiving my right to trial by jury.

I understand that by waiving my right to a jury trial any verdict or judgment entered by the Court will have the same force and effect as a jury verdict.

I acknowledge that this waiver is being made freely and voluntarily and that I have not been subject to any threats, pressure or coercion to induce this waiver nor have I been assured of any leniency or expectations of reward in consideration of this waiver.

Dated: 3/1/23

_____
Defendant

I have provided notice to the prosecution that my client has waived his right to a jury trial.

Dated: 2/27/2023

_____
Thomas J. Spina
Counsel for Jonathan Walden

Dated: 3/1/23

_____
Edward B. MacMahon, Jr.
Counsel for Jonathan Walden

Dated: 03/02/23

_____
US Attorney   TROY A. EDWARDS, JR

Dated: 3/3/23

_____
Amit P. Mehta
District United States District Judge