## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:22-cr-00014-APM |
| | : | |
| JONATHAN WALDEN, | : | |
| | : | |
| Defendant. | : | |

### NOTICE FOR THE SUGGESTION OF DEATH OF COUNSEL

The Clerk of this Court will please be advised Edward B. MacMahon, Jr., Counsel for

defendant, Jonathan Walden, died on March 12, 2023.  *See Edward MacMahon Obituary,*

WASHINGTON POST (Mar. 21, 2023) available at

https://wwww.legacy.com/us/obituaries/washingtonpost/name/edward-macmahon-

obituary?id+51261374).

I hereby certify that I have contacted defendant, Jonathan Walden to advised him of Mr.

MacMahon's passing.  Mr. Walden advised that he has retained David W. Fisher, Esquire as his

counsel.

Paul E. MacMahon
Executor for the Estate of
  Edward B. MacMahon, Jr.
110 East Washington Street
Middleburg, Virginia 20117
540-687-5588
info@sheridanmacmahon.com

## CERTIFICATE OF SERVICE

I hereby certify that on April ___6___, 2023,  I filed this Motion for Suggestion of Death of Counsel using FedEx to the Clerk of Court, who will send notification of such filing to all counsel of record.

Paul E. MacMahon
Executor for the Estate of
  Edward B. MacMahon, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.: 1:22-cr-00014-APM** |
| | : | |
| **JONATHAN WALDEN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter came before the Court on the Motion for Suggestion of Death of Counsel.

It appearing to the Court that the Motion is proper, it is hereby

**ORDERED**, that the Motion for Suggestion of Death of Counsel is hereby accepted.

ENTERED THIS ___ DAY OF April, 2023.

_____
United States District Judge